IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE A. BUNCH                                      PLAINTIFF

VS.                      CASE NO. 04-2154

J. A. RIGGS TRACTOR COMPANY                DEFENDANT

### ORDER OF DISMISSAL

Upon motion of the plaintiff, and without objection from the defendant, this matter is hereby dismissed, in its entirety, with prejudice. Each party is to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

_Beverly Stites Jones_
HONORABLE BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

_8-19-05_
DATE

APPROVED AS TO FORM:

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 19 2005

CHRIS R. JOHNSON, CLERK

DEPUTY CLERK

_Joe A. Bunch_
Joe A. Bunch
Plaintiff

_David P. Martin_
David P. Martin
Attorney for Defendant